**FILED**
NOV 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Case No. 07CR2959-JAH |
|                                     ) | |
|             Plaintiff,              ) | I N F O R M A T I O N |
|                                     ) | |
|   v.                                ) | Title 8, U.S.C., Sec. 1325 - |
|                                     ) | Illegal Entry (Misdemeanor); |
| MANUEL DELGADO,                     ) | Title 8, U.S.C., Sec. 1325 - |
|                                     ) | Illegal Entry (Felony) |
|             Defendant.              ) | |
|                                     ) | |

The United States Attorney charges:

Count 1

On or about October 1, 2000, within the Southern District of California, defendant MANUEL DELGADO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

ABC:drh:San Diego
11/01/2007

Count 2

On or about October 4, 2007, within the Southern District of California, defendant MANUEL DELGADO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 11/13/07

KAREN P. HEWITT
United States Attorney

AARON B. CLARK
Assistant U.S. Attorney