Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:  (714) 646-3721

FILED
DEC 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MANUEL DELGADO,

    Defendant

Case No: 307-CR-02959-JAH-1

**SUBSTITUTION OF ATTORNEY**

__MANUEL DELGADO__ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, __JENNIFER L COON__.

DATED: X 11/23/07     X Manuel Delgado
                                                  DEFENDANT

I consent to the above substitution.

DATED: 12/26/07     _[signature]_
                                                  PRESENT ATTORNEY

1

307-CR-02959-JAH-1

1  //

2  I am duly admitted to practice in this district.

3  I accept the above substitution.

4

5  DATED: __12-20-07__    _____

6                                            NEW ATTORNEY

7

8  Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE
9  COURT.

10

11 DATED:                APPROVED: _____

12 __12/26/07__

13                       UNITED STATES DISTRICT COURT MAGISTRATE Judge